IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **NYGERIA U. GEORGE,** | : | |
| *Plaintiff* | : | **CIVIL ACTION** |
| v. | : | |
| | : | |
| **TRANSUNION CORP. et al.,** | : | **No. 22-4967** |
| *Defendants* | : | |

## ORDER

**AND NOW**, this 7th day of August, 2023, upon consideration of Trans Union LLC's Motion to Dismiss Plaintiff's Amended Complaint (Doc. No. 10), Experian Information Solutions Inc.'s Notice of Joinder (Doc. No. 13), and Ms. George's failure to respond thereto, for the reasons set forth in the accompanying memorandum, it is **ORDERED** that:

1. The Motion to Dismiss (Doc. No. 10) is **GRANTED**.

2. The Amended Complaint (Doc. No. 7) is **DISMISSED WITH PREJUDICE** as to Defendants Trans Union and Experian.

3. Ms. George shall file a status update as to (1) whether her filings have been made with the assistance of, or at the direction of, another individual or individuals and (2) the status of service on Defendant Equifax Inc within 21 days of the issuance of this Order. Failure to file a status update will result in dismissal of this case for failure to prosecute.

BY THE COURT:

*/s/ Gene E.K. Pratter*
**GENE E.K. PRATTER**
**UNITED STATES DISTRICT JUDGE**

1